UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AOLI FENG,**

        **Plaintiff,**

v.                                          Case No.  6:23-cv-1910-CEM-RMN

**UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,
U.S. ATTORNEY'S OFFICE, and
ATTORNEY GENERAL OF THE
UNITED STATES,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Government's Unopposed Renewed Motion to Dismiss (Doc. 13). On October 3, 2023, Plaintiff filed this action seeking relief under the Administrative Procedure Act, 5 U.S.C. § 701 et seq., for the alleged unreasonable delay in the adjudication of her I-485 application. (Compl., Doc. 1, 3–4). On February 29, 2024, Plaintiff's I-485 application was approved by United States Citizenship and Immigration Services. (Approval Notice, Doc. 13-1, at 1). The Government now moves to dismiss Plaintiff's Complaint as moot, which Plaintiff has indicated she does not oppose. (Doc. 13 at 2–3).

"Article III of the Constitution limits the jurisdiction of the federal courts to the consideration of 'Cases' and 'Controversies.'" *Mingkid v. U.S. Atty. Gen.*, 468

F.3d 763, 768 (11th Cir. 2006) (citing U.S. Const. art. III, § 2). "[A] federal court has no authority 'to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in issue in the case before it.'" *Harrell v. The Fla. Bar*, 608 F.3d 1241, 1265 (11th Cir. 2010) (quoting *Church of Scientology of Ca. v. United States*, 506 U.S. 9, 12 (1992)). "[A] case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Fla. Ass'n of Rehab. Facilities, Inc. v. State of Fla. Dep't of Health & Rehab. Servs.*, 225 F.3d 1208, 1216 (11th Cir. 2000) (quoting *Powell v. McCormack*, 395 U.S. 486, 496 (1969)).

The approval of Plaintiff's I-485 application has rendered moot Plaintiff's Complaint and it is due to be dismissed. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Government's Unopposed Renewed Motion to Dismiss (Doc. 13) is **GRANTED**.
2. Plaintiff's Complaint (Doc. 1) is **DISMISSED as moot**.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party